NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

05-234

WILBERT THOMAS

VERSUS

EVANGELINE PARISH SHERIFF'S DEPT., ET AL.

**********
APPEAL FROM THE
THIRTEENTH JUDICIAL DISTRICT COURT
PARISH OF EVANGELINE, NO. 63468-A
HONORABLE JOHN LARRY VIDRINE, DISTRICT JUDGE

**********
**ULYSSES GENE THIBODEAUX**
**CHIEF JUDGE**
**********

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Michael G. Sullivan, and Elizabeth A. Pickett, Judges.

AFFIRMED.

Lisa E. Mayer
John Fayne Wilkes, III
Borne & Wilkes, L.L.P.
P. O. Box 4305
Lafayette, LA 70502-4305
Telephone: (337) 232-1604
COUNSEL FOR:
    Defendant/Appellee - Sheriff Wayne Morein, Evangeline Parish

Jarvis Jerome Claiborne
P. O. Box 1033
Opelousas, LA 70571-1033
Telephone: (337) 948-4336
COUNSEL FOR:
    Plaintiff/Appellant - Wilbert Thomas

**Michael Joseph Juneau**
**Sue Nations**
**Juneau Law Firm**
**P.O. Drawer 51268**
**Lafayette, LA 70505-1268**
**Telephone:  (337) 269-0052**
**COUNSEL FOR:**
      **Defendant/Appellee - Michael Savant**